[No. 22552-6-III. Division Three. June 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT TYRONE JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01152-6, Tari S. Eitzen, J., entered November 14, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Kurtz, J.

[No. 29726-4-II. Division Two. June 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SHARON D. HALLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-01019-2, Paula Casey, J., entered December 16, 2002. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Houghton, J.

[No. 31061-9-II. Division Two. June 21, 2005.]

*In the Matter of the Marriage of* TERRI LYNN WILEY, *Respondent*, JOHN LEE WILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-3-01543-3, James E. Rulli, J., entered November 7, 2003. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 31167-4-II. Division Two. June 21, 2005.]

AARON MILLS, *Appellant*, v. RICHARD A. SOUTHERN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-11896-3, D. Gary Steiner, J., entered December 19, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.